# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

**RICKY CAMPBELL**                                                                                     **PLAINTIFF**

**v.**                           **CIVIL ACTION NO: 5:13CV-P35-R**

**RANDY WHITE et al.**                                                       **DEFENDANTS**

## MEMORANDUM OPINION

By Order entered June 11, 2013, this Court ordered Plaintiff Ricky Campbell to complete and return a complaint form with those claims which are personal to him within 30 days. Plaintiff Campbell was warned that failure to comply within 30 days would result in dismissal of this action.

More than 30 days have passed, and Plaintiff has failed to comply with the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc: Plaintiff Ricky Campbell, *pro se*
4413.009